THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 David Lewis
 Rush, Appellant.
 
 
 

Appeal From Horry County
 Paula H. Thomas, Circuit Court Judge
Unpublished Opinion No. 2007-UP-506
Submitted October 1, 2007  Filed October 30, 2007    

AFFIRMED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant
 Attorney General Shawn L. Reeves, all of Columbia; and Solicitor John Gregory
 Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  David
 Lewis Rush appeals his conviction for assault and battery with intent to kill[1] arguing the trial court erred in failing
 to instruct the jury regarding self-defense.[2] 
 We affirm pursuant to Rule 220(c), SCACR, and the following authority: Jackson
 v. State, 355 S.C. 568, 570-71, 586 S.E.2d 562, 563 (2003) (holding a
 defendant is not entitled to a self-defense charge where the defendant is not
 without fault in bringing on the difficulty).
AFFIRMED.
STILWELL, SHORT, and WILLIAMS JJ., concur.

[1] Rush does not appeal his conviction for
 assault and battery of a high and aggravated nature.
[2] We decide this case without oral argument
 pursuant to Rule 215, SCACR.